# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

PHOENIX ENTERTAINMENT PARTNERS, LLC, a North Carolina LLC,

    Plaintiff,

v.

ANDREA AGUAYO d/b/a ROCK AND SOUL ENTERTAINMENT, an Individual, and FIREHOUSE SPORTS GRILL, LLC, a Florida Limited Liability Company,

    Defendants.

Case No.: 2:16-cv-00449-SPC-CM

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, Phoenix Entertainment Partners, LLC, hereby discloses the following information:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Phoenix Entertainment Partners, LLC – is a privately held company. No publicly-traded company owns 10% or more of its stock.

    b. Andrea Aguayo (Defendant)

    c. Firehouse Sports Grill, LLC (Defendant)

    d    Woodrow H. Pollack (counsel for Plaintiff)

e. GrayRobinson, P.A. (counsel for Plaintiff)

f. Sound Choice Entertainment, LLC – a wholly owned subsidiary of Phoenix Entertainment Partners, LLC.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None known.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: June 15, 2016

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack
Florida Bar No.: 26802
GrayRobinson, P.A.
401 E. Jackson Street
Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (facsimile)
woodrow.pollack@gray-robinson.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on <u>June 15, 2016</u> a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Woodrow H. Pollack*
                                          Woodrow H. Pollack