FILED

16 JUL 28 PM 1:38

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

United States District Court
Middle District of Florida
Document Case 2:16-cv-00449-SPC-CM

Woodrow H. Pollack
Gray/Robinjson, PA
40 E. Jackson Street, Suite 2700
Tampa, Florida

To whom it Concern;

This is in response to the Document Case 2:16-cv-00449-SPC-CM. Due to the inability to afford an attorney I am addressing the document. As I had stated in a letter prior at no time did Firehouse Sports Grill have any control of equipment used by Rock & Soul Entertainment, there for should not be held liable for any wrong doing. When the attorney sent the letter to us, I addressed the letter with Rock and Soul Entertainment and they had stated they would look in to the matter because this is the first they had heard of such a thing.
It was also mentioned in the letter to Firehouse Sports Grill prior to this issue was no longer holding karaoke and pictures of sign was missed by the staff. Firehouse Sports Grill due to the loss in revenue and business also stated they will no longer hold karaoke while in business.

Firehouse Sports Grill is small business who as of this date has in loss revenue of over $400,000 in the last 4 ½ years. Firehouse Sports Grill never intentionally, willingly or maliciously tried to deceit any company or business from revenue. The owner of Firehouse Sports Grill has served in the Lee County community for over 30 years as a professional firefighter then decided to open a family restaurant in the community.

After review of the case against Firehouse Sports Grill I have noted some of the issues and will address them.

1. Page 11, Line 63 stated Firehouse Sports Grill had the ability to control Aguayo's Karaoke activities. The equipment is not owned or anyway part of Firehouse Sports Grill. There for I have no control of such activities. I had never heard of Phoenix, Sound Choice until recently. A letter was sent to us and we addressed it with Rock and Soul Entertainment and was advised they were unaware of such companies as well. At no time did Firehouse Sports Grill have a contract with Rock and Soul Entertainment.
2. Page 11, Line 62 an Economic benefit from Aguayo's Karaoke activities. During the short time karaoke was here, there was no economic benefit from these activities. At no time did Firehouse Sports Grill benefit during any activity from karaoke. There was a loss of revenue during each time.
3. Page 14, line 86 Firehouse had actual knowledge of the infringing & counterfeit nature of the karaoke materials in use at its establishment. We had no knowledge of these until a letter and it was address with Rock and Soul Entertainment. They were looking in the issue and validity of the claim. Again we were unaware of any counterfeit or infringement.
4. Page 14, line 89 Firehouse Advertised karaoke including the use of sound choice marks. Firehouse Sports Grill was unaware of any copyright or infringement. Firehouse did not produce

or make the advertising signs. The signs were designed and printed for Rock and Soul Entertainment.

5. Page 15, line 93, Firehouse Sports Grill never deprived PEP of Revenue, again Firehouse Sports Grill had no knowledge of copyright or infringements, Firehouse Sports Grill had no control of any of equipment use by Rock and Soul Entertainment to include computers, monitors & sound equipment.
6. Page 15, line 96, Firehouse Sports Grill knowingly participated in a scheme of trademark infringement. At no time knowingly did Firehouse Sports Grill participate to scheme in a trademark infringement. Once it was brought to our attention and it was address with Rock & Soul Entertainment.
7. Page 15, line 98, at no time did Firehouse Sports Grill and Rock & Soul Entertainment have a written contract or a partnership in business.
8. Page 15, line 99, Firehouse Sports Grill never had the use of or benefited from the use of any items used by Rock & Soul Entertainment.
9. Page 16, line 101, Firehouse Sports Grill was never in the business of karaoke there for Firehouse Sports Grill never manufactured or acquired reproductions, counterfeits or copies of said music. All equipment was owned and operated by Rock & Soul Entertainment.
10. Page 16, line 103, Firehouse Sports Grill acts were never willful, knowing & intentional. These issues were address.
11. Page 16, line 107, Firehouse Sports Grill never knowingly participated in a scheme of unfair competition.
12. Page 17, line 108, Firehouse is not contributorily liable for Rock & Soul's acts due to all equipment used was that of Rock & Soul Entertainment and not of Firehouse Sports Grill.
13. Page 17, line 110, Firehouse never permitted unauthorized Sound Choice tracks, and again at no time did Firehouse Sports Grill ever benefited from said activities.
14. Page 18, line 114, Firehouse Sports Grill never denied PEP revenue, Firehouse Sports Grill never was involved in the business of karaoke or owned or operated any equipment associated with PEP.
15. Page 19, line 121 Firehouse Sports Grill never had the ability to control any equipment that may have contained any copyright materials. Firehouse Sports Grill used Rock & Soul Entertainment in good faith that all materials were open to the public. Firehouse Sports Grill is not in the karaoke business, or has any knowledge at the said time materials used were copyrighted.
16. Page 19, line 124, Firehouse Sports Grill did not willingly or participated in any unfair or deceptive acts.
17. Page 25, line 163, at no time did Firehouse Sports Grill derive an economic benefit.
18. Page 27, line H, Firehouse Sports Grill has no equipment containing discs, drives or any other material with any PEP's marks, or of marks belonging to other manufacturers.

Since Firehouse Sports Grill is not in the karaoke business or own any equipment for such use, Firehouse Sports Grill should not be held liable. These issues were addressed and presented to Rock & Soul Entertainment.

As stated Firehouse Sports Grill assures you and PEP, karaoke will no longer and has not been a part of Firehouse Sports Grill for some time. I ask for Firehouse Sports Grill and its owners to be removed from this case. We put our trust within our judicial system.

Sincerely,
Joe Wise