## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

PHOENIX ENTERTAINMENT
PARTNERS, LLC, a North Carolina
LLC

      Plaintiff,

v.                                  Case No:   2:16-cv-449-FtM-38CM

ANDREA AGUAYO and
FIREHOUSE SPORTS GRILL,
LLC,

      Defendants.

_____

## ORDER

    This matter comes before the Court upon review of the file.   On July 28, 2016, Joe Wise filed a response to Plaintiff's Complaint on behalf of Defendant Firehouse Sports Grill, LLC ("Firehouse").   Doc. 13.   In the response, Mr. Wise states that he is unable to afford an attorney so he is addressing the matter on behalf of Firehouse. *Id.* at 1.   Corporations, however, must be represented by counsel because corporations are artificial entities that can only act through agents.   *Palazzo v. Gulf Oil Corp.*, 764 F.2d. 1381, 1385 (11th Cir. 1985) (*citing Commercial and Railroad Bank of Vicksburg v. Slocomb*, 39 U.S. 60 (1840); *In re K.M.A., Inc.*, 652 F.2d 398 (5th Cir. 1981); *Southwest Exp. Co. v. I.C.C.*, 670 F.2d 53 (5th Cir. 1982)).   Therefore, Firehouse must retain counsel.   Firehouse shall have up to and including **September 9, 2016** to retain counsel and have counsel file a Notice of Appearance with the Court.

Failure to comply with this Order could result in the Court recommending that a default be entered against Firehouse.

DONE and ORDERED in Fort Myers, Florida on this 8th day of August, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record